■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRIUS BOWMAN, Appellant. [598 NYS2d 953] —Judgment, Supreme Court, Bronx County (Frank Torres, J.), rendered July 10, 1989, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him to a prison term of 4½ to 9 years, unanimously affirmed.

We note that since the defense never objected to the IAS Court's final supplemental *Allen* charge, the question whether the charge was balanced has not been preserved for appellate review, as a matter of law, and we decline to review in the interest of justice. Were we to review, we would find the charge, viewed as a whole, was balanced and not coercive.

We have considered defendant's remaining contentions and find them to be without merit. Concur—Milonas, J. P., Ellerin, Ross, Asch and Kassal, JJ.